UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINALD PRINGLEY,

    Plaintiff(s),

v.                                       Case No: 8:10-CV-2030-T-30EAJ

KAYDELL WRIGHT-DOUGLAS,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #3). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #3) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2.   Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED without prejudice.

3.   Plaintiff's Complaint (Dkt. #1) is DISMISSED without prejudice.

4.   Plaintiff may file an Amended Complaint within twenty (20) days of the date of this Order. Failure to do so shall result in the closure of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida on October 1, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2010\10-cv-2030.adopt 3.wpd