UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**REGINALD PRINGLEY,** *pro se*,

    **Plaintiff,**

v.      CASE NO: 8:10-CV-2030-T-30EAJ

**KAYDELL WRIGHT-DOUGLAS,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on October 1, 2010 (Dkt. #4) which dismissed the Complaint and gave the Plaintiff twenty (20) days in which to file an Amended Complaint. The deadline for filing an Amended Complaint has passed. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed without prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 1, 2010.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-2030.dismiss.wpd*